cw(G/wsy

# COMPLAINT

### (for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

JUN 2 2 2023

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Christofer L. Burns

v.

(Full name of defendant(s))

Matthew R. Leusink

Scott Blader

Louis Braatz

Guy D. Dutcher, Mathew Elliot, John Doe

Case Number:

23 C 831

(to be supplied by Clerk of Court)

## A.    PARTIES

1.    Plaintiff is a citizen of ___Wisconsin___ and resides at
                                         (State)

___526 S Center St Plainfield Wi 54966___
                                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant ___Above Named___
                                                              (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Waushara County___ 309 S. st marie st Wautoma Wi 54982
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

___See Attachment #1___

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 2

ON 6/01/21 Officers, Deputy
Elliot An Detective Braatz did
Trespass on the property of 526
S center St plainField WI with out
A warrent. Did Illegally detaine
me on said property, with out
probable Cause.

ON 6/01/21 Detective Braatz
did Falsify An Affidavit to gain
A Search warrent.

ON 6/01/21 officer Elliot did
lie An State He smelled the
odor of Cannabis.

ON 6/01/21 Judge Lioy D Dotcher
did Abuse his power An Signed
A Search warrent with out
Evidence. An did So with An
uncontested History of Abuse of
power, An public misconduct in
office. Ccap Clearly Shows
there was no prior Drug history
As the Affidavit Clearly Stated

DA Mathew R Leusink did provied In discovery Falsified TTy Reports That Revolved Around A prior Staged welfare check of my home. Also provided False Video relating to the Search of my home.

DA mathew R Leusink Did Commit Discovery misconduct by hiding The Audio of the officers or Failing to provide It.

DA Mathew R Leusink Is has been maliciously prosicuting me based on Fabricated Documents False Affidavit AN a officer who has ~~perjuse~~ Perjered him Self, Detective "Braatz"

○The court was provied the Evidence "Brady violations" Fabricated TTy Reports ○In a Jon Doe pittition AN Failed to Act. ○There by denying me equal protection under the law ○The court was Served via ~~cirti~~ certified mail under the

Color of Law Forms.

Judge Scott Blader did commit Abuse of power, public misconduct in office, AN denial of equal protection under the law. By Allowing an officer to clearly perjer Him self "Braatz" Allowed prosicution to continue Knowing, via Jon Doe petition there where Brady violations Alowed an officer, "Braatz" to counterdict His own Affidavit.

These Acts Are All one continuous Acts to deprive me of my rights under the Color of law. And a obstruction of Justice. In a atempt to hide Crimes An Stop a law suit.

These Acts have Caused me Sever mental Distress, loss of my Ability to Contract, loss of Funds, Financial distress under the thret of law in court orderd Attorney's & Guardian's 60 Attorney

Commiting malpractice, An contract fraud. These Acts Comple Completly undermine the rule of law, And create A mockery of Are legal System. And Destroyed mine And my wifes Abo Ability to trust Are legal System or Any of Are local law inforsement. There By causing me to live in a state of paranoia, As to how they will Abuse there power Next, To deprive me of rights Secured under the Constitution. The right to Feel Safe An Secure in my home, And Be free of unreasonable Search an Seizure. All parties did Cause defimiction of my character By public humilicton Raiding my house in the middle of town in day light hours for everyone to See. And via public Record L-Lup And via multible Appearances in public court over a 2 year period. Based on False Statements And Fabricated evidince.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

To take Jurisdiction of the case To stop The Abuse of power To Remove From office. All parties Involved. To Return All Tax payer dollors Spent on there employment! Appoint Special Councel to this Case. Any Remidies The court Sees Fit to use, For a Jury to Award Damages In AN Amount they deem Appropriate

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __22__ day of __June__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

_Christofer L Burns_
Plaintiff's Telephone Number

_715 – 335 – 6633_
Plaintiff's Email Address

_Jtnkr 97 @ Aol.com_____

_5265 center St  Plainfield WI 54966_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐      I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒      I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.